EDITH FARR, as Administratrix of the Estate of WESTLEY A. FARR, Deceased, Appellant, *v.* FRANK E. WRIGHT, Respondent.

Argued January 22, 1937; decided March 9, 1937.

*J. Stanley Carter* and *M. James Conboy* for appellant.
*Harold W. Turner* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground the evidence presented a question of fact for the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.